IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BEE CREEK PHOTOGRAPHY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1286-DII |
| SANDALWOOD MANAGEMENT, INC, | § § § | |
| Defendant. | § § | |

## ORDER

On May 7, 2024, Plaintiff Bee Creek Photography and Defendant Sandalwood Management, Inc. dismissed with prejudice all claims asserted by the parties in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 13). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on May 8, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE